UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar  FILED

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

October 21, 2003

10:00 a.m.

3-03-cv-244   (DJS) Wilson v Gosch
-------------------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Jon S. Berk | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Melissa B. Geetter | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Michael Stanton Hillis | Dombroski Knapsack & Hillis, 205 Whitney Ave., New Haven, CT 203-624-9096 |
| Beatrice S. Jordan | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |
| Philip T. Newbury Jr. | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |
| Erik E. Roberts | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS -*
*(Time = 10:00 - 1:00)*