UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 31 P 3: 34

US DISTRICT COURT
HARTFORD CT

| LOIS WILSON | : | |
|---|---|---|
| | : | Case No.: 3:03cv00244 (DJS) |
| v. | : | |
| | : | |
| LESLIE F. GOSCH, et al. | : | OCTOBER 31, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), the plaintiff, **LOIS WILSON**, hereby moves for an extension of time with regard to Case Management Plan deadlines and respectfully requests that said deadlines be extended as follows:

**E.   Discovery.**

    **2.**  **All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4), will be completed (not propounded) by May 1, 2004.**

    **7.**  **Plaintiff intends to call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by January 1, 2004. Depositions of any such experts will be completed by March 1, 2004.**

    **8.**  **Defendants intend to call expert witnesses at trial. Defendants will designate all trial experts and provide opposing counsel**

**with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by March 1, 2004. Depositions of any such experts will be completed by May 1, 2004.**

The reason for the plaintiff's request is that she is currently receiving ongoing treatment from her doctors for injuries occurring as a result of the accident. If reports were requested from such experts at this time, additional supplemental reports would be required.

Plaintiff's counsel has contacted Erik E. Roberts, counsel for the defendants and there is no objection to this Motion.

>
> RESPECTFULLY SUBMITTED
> THE PLAINTIFF
> **LOIS WILSON**
>
> By: _/s/ Michael S. Hillis_
> **MICHAEL S. HILLIS**
> DOMBROSKI, KNAPSACK & HILLIS LLC
> 205 Whitney Avenue
> New Haven, Connecticut 06511
> (203) 624-9096
> (203) 624-1308 (Fax)
> Federal Bar No.: ct11867

## CERTIFICATION

I hereby certify that a copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME** has been mailed, first class, postage pre-paid, this **31st** day of **OCTOBER, 2003**, to the following counsel of record:

ERIK E. ROBERTS, ESQ.
JON S. BERK, ESQ.
MELISSA B. GEETTER, ESQ.
GORDON, MUIR AND FOLEY, LLP
Ten Columbus Boulevard
Hartford, Connecticut 06106-1976


_____
MICHAEL S. HILLIS