UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOIS WILSON,<br>    Plaintiff,<br><br>v.<br><br>LESLIE GOSCH, GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORP., WORLDWIDE SECURITY ASSOC., INC., SARASOTA MANATEE AIRPORT AUTHORITY d/b/a SARASOTA BRADENTON INT'L AIRPORT, DELTA AIRLINES, INC. d/b/a DELTA AIR LINES,<br>    Defendants. | :<br>:<br>:<br>:<br>:   No. 3:03CV244 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

The court **ORDERS** the following:

1. The pending Motion to Dismiss **[doc. #14]** is **DENIED**.

2. The pending Motion for Change of Venue **[doc. #44]** is **DENIED**.

IT IS SO ORDERED at Hartford, Connecticut on this 11th day of December, 2003.

_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE