UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS WILSON, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV00244 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| LESLIE F. GOSCH;   GLOBE AIRPORT | : | |
|   SECURITY SERVICES, INC., a/k/a | : | |
| GLOBE AVIATION SERVICES CORP.; | : | |
| WORLDWIDE SECURITY ASSOC., INC.; | : | |
| SARASOTA MANATEE AIRPORT | : | |
|   AUTHORITY d/b/a SARASOTA | : | |
|   BRADENTON INTERNATIONAL AIRPORT; | : | |
| COUNTY OF SARASOTA; COUNTY OF | : | |
|   MANATEE;  CITY OF SARASOTA;  and | : | |
| DELTA AIR LINES, INC. d/b/a DELTA AIR LINES, | : | JANUARY 16, 2004 |
| Defendants | : | |
| | : | |

**MOTION TO DISMISS/PRECLUDE/COMPEL**

Pursuant to an order of the court, plaintiff was required to issue reports from experts on or before January 1, 2004. The order extended a prior deadline for plaintiff's experts reports to be issued. The prior deadline was August 7, 2003. As of the date of this filing, the plaintiff has disclosed no expert reports. At the pretrial conference which was held on October 21, 2003, plaintiff's counsel stated that expert reports would be produced. No reports have yet been produced in violation of the court's order, the defendants request the matter be dismissed with prejudice.

In the alternative, an order is requested from the court that the plaintiff be precluded from presenting expert opinions at the time of trial.

The final alternative requested by the defendants, should the court chose not to dismiss the court or preclude the plaintiff from offering expert opinions at time of trial, would be that the court compel the plaintiff to disclose the expert reports and allow further extensions of time for defendants' responses.

          THE DEFENDANTS,
          **Globe Airport Security Services, Inc., a/k/a**
          **Globe Aviation Services Corp.,**
          **Worldwide Security Associate, Inc. &**
          **Delta Air Lines, Inc. d/b/a Delta Air Lines**

By_____
   Erik E. Roberts
   Federal Bar No: ct22166
   GORDON, MUIR AND FOLEY, LLP

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following counsel of record on the 16th day of January, 2004.

Michael S. Hillis, Esq.
DOMBROSKI, KNAPSACK & HILLIS, LLC
205 Whitney Avenue
New Haven, CT  06511

Beatrice S. Jordan, Esq.
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114

Bernard F. Gaffney, Esq.
ROME, McGUIGAN & SABANOSH, P.C.
One State Street
Hartford, CT  06103-3101

Glory Martyn Lena, Esquire
TYLER, COOPER & ALCORN, LLP
185 Asylum Street
City Place 35th Floor
Hartford, CT  06103-3488

      Erik E. Roberts
      Gordon, Muir and Foley, LLP