UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LOIS WILSON** : | |
| v. : | Case No.: 3:03cv00244 (DJS) |
| **LESLIE F. GOSCH, et al.** : | FEBRUARY 10, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND OBJECTION TO DEFENDANTS' MOTION TO DISMISS/PRECLUDE/COMPEL DATED JANUARY 16, 2004

Pursuant to Local Rule 9(b), the plaintiff, **LOIS WILSON**, hereby moves for an extension of time with regard to Case Management Plan deadlines and respectfully requests that said deadlines be extended as follows:

**E.** **Discovery.**

7. Plaintiff intends to call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by February 18, 2004. Depositions of any such experts will be completed by May 1, 2004.

8. Defendants intend to call expert witnesses at trial. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by April 1, 2004. Depositions of any such experts will be completed by June 15, 2004.

The plaintiff also objects to the defendants' Motion to Dismiss/Preclude/Compel dated January 16, 2004 as the plaintiff has attached hereto a copy of the compliance with said discovery. The plaintiff's extension was needed in order to allow John W. O'Brien, M.D. to finalize his expert notice.

Erik E. Roberts, counsel for the defendants objection to this Motion

RESPECTFULLY SUBMITTED
THE PLAINTIFF
**LOIS WILSON**

By: _____
MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS LLC
205 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

## CERTIFICATION

I hereby certify that a copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND OBJECTION TO DEFENDANTS' MOTION TO DISMISS/PRECLUDE/COMPEL DATED JANUARY 16, 2004** has been mailed, first class, postage pre-paid, this **10th day of FEBRUARY, 2004**, to the following counsel of record:

**ERIK E. ROBERTS, ESQ.**
**JON S. BERK, ESQ.**
**MELISSA B. GEETTER, ESQ.**
**GORDON, MUIR AND FOLEY, LLP**
Ten Columbus Boulevard
Hartford, Connecticut 06106-1976


_____
MICHAEL S. HILLIS

# Physical Medicine & Rehabilitation Associates
1450 Chapel Street, New Haven, CT. 06511
Telephone: (203) 789 - 3439
Fax: (203) 789 - 5157

John W. O'Brien, MD
David A. Monti, MD

Sosamma B. George, MD
Lisa L. Alexander, APRN

February 10, 2004

Dombroski, Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, Connecticut 06511

Attn:   Michael S. Hillis, Esq.

RE:   WILSON, Lois - #7732

Dear Attorney Hillis:

  You have asked me to prepare a written report in the above-captioned case in accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

  I have attached a copy of my reports documenting my examinations of Lois Wilson from June 27, 2003 to September 25, 2003. If called as an expert witness in this case, I will testify consistently with the opinions set forth in these reports. In these reports, I found evidence that Mrs. Wilson suffered from multiple medical complication subsequent to the accident which occurred at the Bradenton airport on February 12, 2001.

  Prior to and since the dates of my examinations of Lois Wilson, I had the opportunity to review the following materials:

1) I reviewed the hospital records, medical records and diagnostic records from Blake Medical Center (Dates of Service: February 13, 2001 - February 28, 2001); Hospital of Saint Raphael (Dates of Services: February 28, 2001 - March 5, 2001); Mariner Health Care (Dates of Services: March 5, 2001 - May 10, 2001); Griffin Hospital; The Connecticut VNA; West Haven Medical Group; Center for Orthopaedics; Pulmonary Associates of New Haven, P.C.; Rehabilitation Associates, Inc.; The Orthopaedic Group, L.L.C.; Medical Oncology & Hematology, P.C.; and, Connecticut Orthopaedic Specialists, P.C.; and,

2) Radiological reports taken of Lois Wilson from the date of injury to the date of treatment.

  After review of these materials and examining and questioning of Mrs. Wilson, I have found that Mrs. Wilson status post fall involves multiple medical complications, some

| 2080 Whitney Avenue | 175 Sherman Ave | 687 Campbell Ave | 22 Summit Place |
| --- | --- | --- | --- |
| Hamden, CT 06518 | New Haven, CT 06511 | West Haven CT 06516 | Branford, CT 06405 |

Page 2

complications have stabilized and some have gotten worse. Her physical status is significantly limited by combination of her gait secondary to said fall, her breathing situation, and her thoracic back pain. I anticipate further treatment of Mrs. Wilson according to my direction and eventually a rating for permanent impairment.

The exhibits to be used as a summary of or support my for opinions are Lois Wilson's complete hospital records, medical records and diagnostic records which have been provided to me and which I have reviewed.

Along with my medical reports dated June 27, 2003, July 25, 2003 and September 25, 2003, I have enclosed a copy of my current *curriculum vitae* setting forth my professional qualifications, which includes a list of the publications which I have authored. The compensation to be paid to me for my services in this case are as follows:

> Letter preparation -   *$250.00*
> Depositions -          *$650.00 per hour (a minimum of two hours)*
> Testimony at trial -   *$2,500.00 (half day)*
>                        *$4,000.00 (entire day)*

As I am unclear of the new HIPAA requirements as it applies to disclosing prior patient information, I have not provided a list of other cases which I have testified as an expert at trial or by deposition because to my knowledge this testimony concerned patients of my practice. I will disclose this information if ordered by the Court.

Yours truly,

John W. O'Brien, M.D.

# JOHN WILLIAM O'BRIEN, MD

11 Mountaincrest Drive
Cheshire, Ct 06410-3554
H: (203) 271-2132

e-mail at JOBMD@cox.net

1450 Chapel St
New Haven, CT 06511
W: (203) 789-3439

## EDUCATION:

**St. George's University School of Medicine**
Grenada, West Indies
Doctor of Medicine
May 1981

**Fairfield University**
Fairfield, Connecticut
Bachelor of Science, Biology
May 1976

## POST GRADUATE TRAINING:

### RESIDENCY:

**Physical Medicine And Rehabilitation**

**New York University Medical Center**
Department of Physical Medicine & Rehabilitation
Chief Resident
New York, New York
July, 1983- December 1985

> **Bellevue Hospital Center**
> Department of Physical Medicine & Rehabilitation
> Chief Resident
> New York, New York
>
> **Goldwater Memorial Hospital**
> Department of Physical Medicine & Rehabilitation
> Chief Resident
> Roosevelt Island, New York
>
> **Veterans Administration Medical Center**
> Department of Physical Medicine & Rehabilitation
> New York, New York

**Internal Medicine**

> **Yale University – Hospital of Saint Raphael**
> Department of Internal Medicine
> New Haven, Connecticut
> 1982 - 1983

**State University of New York at Buffalo – Millard Fillmore Hospital**
Department of Internal Medicine
Buffalo, New York
1981 - 1982

## LICENSURE:

Connecticut License#:  24998
Pennsylvania License#: MD034968E
New York License#:    224080-1

## BOARD CERTIFICATION:

American Board of Physical Medicine & Rehabilitation – Board Certified - May 1987
American Academy of Occupational and Environmental Medicine - Board Eligible – May 1987

## MEDICAL SCHOOL APPOINTMENTS:

**Yale University School of Medicine**
Assistant Professor
Department of Medicine
New Haven, Connecticut
March 1995 to Present

## ADMINISTRATIVE APPOINTMENTS AND POSITIONS:

**Hospital of Saint Raphael**
Chief – Physical Medicine and Rehabilitation
New Haven, Connecticut
April 1988 to Present

**Mount Sinai Hospital**
Director – Inpatient Rehabilitation
Hartford, Connecticut
February 1986 to April 1988

# CLINICAL APPOINTMENTS AND POSITIONS:

**Gaylord Hospital**
Attending Physician
Wallingford, Connecticut
April 1992 to Present

**Norwalk Hospital**
Consulting Physician
Norwalk, Connecticut
February 1991 to Present

**Masonic Geriatric Healthcare Center**
Attending Physician
Wallingford, Connecticut

**Mid-State Medical Center**
Attending Physician
Meriden, Connecticut
June 1991 to Present

**St. Regis Healthcare Center**
Director of Rehabilitation
New Haven, Connecticut
April 1991 to Present

**Laurelwoods Healthcare Center**
Director of Rehabilitation
East Haven, Connecticut
April 1994 to Present

**Montowese Health and Rehabilitation Center**
Director of Rehabilitation
North Haven, Connecticut
March 1992 to Present

# OTHER APPOINTMENT AND POSITIONS:

Arden House
Atrium Plaza Care Center
Hamden Health and Rehabilitation Center
Haven Health Care Center – Optimum, Soundview and Elm City
Hill Top Health Center
Mediplex of Milford
Meriden Nursing and Rehabilitation
Skyview Rehabilitation Center

## ACHIEVEMENTS AND ACCOMPLISHMENTS

**American Academy Physical Medicine & Rehabilitation**
Connecticut Society of PM&R
President 1994 - 1995
Secretary 2001 - 2002

**Connecticut State Medical Society**
Charter Member – Workers Compensation Committee
1997 - Present

**Connecticut State Medical Society**
Chair - Allied Health Committee
May 1995 to May 2001

**Connecticut State Medical Society**
Member – Legislative Committee
1995 - Present

**FirstCoast Medicare**
Carrier Advisory Committee
1994 - 1996

## PROFESSIONAL AFFILIATIONS:

Fellow, American Academy of Physical Medicine and Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
Member, American Academy of Pain Medicine
Member, American College of Occupational and Environmental Medicine
Member, American Academy of Electrodiagnostic Medicine
Member, American Congress of Rehabilitation Medicine
Member, Connecticut Society of Physical Medicine and Rehabilitation
Member, Connecticut State Medical Society
Member, New Haven County Medical Association
Certified Independent Medical Examiner

## RESEARCH:

*Clinical Evaluation of Low Back Disorders with the Lumbar Motion Monitor in Conjunction with the Ohio State University, Department of Industrial Systems Engineering*

*Management of End Stage Respiratory Failure in Duchenne Muscular Dystrophy.* Muscle and Nerve; February 1987: 10 (#2): 177