UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOIS WILSON | : |
| v. | : Case No.: 3:03cv00244 (DJS) |
| LESLIE F. GOSCH, et al. | : FEBRUARY 10, 2004 |

## MOTION FOR DEFAULT

Pursuant to Rule 55(a), Fed.R.Civ.P., the plaintiff, **LOIS WILSON**, respectfully represents that the defendants, **GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORPORATION; WORLDWIDE SECURITY ASSOCIATES, INC.; DELTA AIR LINES, INC d/b/a DELTA AIR LINES**, have failed to plead, although said Complaint was served upon the defendants on or about February 11, 2001 and the Scheduling order required said pleadings to be answered by June 1, 2003, and therefore moves that a default be entered against the defendants, **GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORPORATION; WORLDWIDE SECURITY ASSOCIATES, INC.; DELTA AIR LINES, INC d/b/a DELTA AIR LINES**, for failure to plead.

RESPECTFULLY SUBMITTED
THE PLAINTIFF
**LOIS WILSON**

By: /s/ Michael S. Hillis
MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS LLC
205 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR DEFAULT** was mailed, postage prepaid, on this **10th** day of **FEBRUARY, 2004**, to all counsel and pro se parties of record, as follows:

**ERIK E. ROBERTS, ESQ.**
**JON S. BERK, ESQ.**
**MELISSA B. GEETTER, ESQ.**
**GORDON, MUIR AND FOLEY, LLP**
Ten Columbus Boulevard
Hartford, Connecticut 06106-1976

/s/ Michael S. Hillis
MICHAEL S. HILLIS