UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS WILSON,<br>　　　　Plaintiff | : :  : | CIVIL ACTION NO.<br>3:03CV00244  (DJS) |
| VS. | : : | |
| LESLIE F. GOSCH;  GLOBE AIRPORT SECURITY SERVICES, INC., a/k/a GLOBE AVIATION SERVICES CORP.; WORLDWIDE SECURITY ASSOC., INC.;SARASOTA MANATEE AIRPORT AUTHORITY d/b/a SARASOTA BRADENTON INTERNATIONAL AIRPORT;COUNTY OF SARASOTA; COUNTY OF MANATEE;  CITY OF SARASOTA; and DELTA AIR LINES, INC. d/b/a DELTA AIR LINES,<br>　　　　Defendants | : : : : : : : : : : : : | FEBRUARY 19, 2004 |

## **ANSWER**

　　　　1.　　Paragraph 1 is admitted.

　　　　2.　　As to the allegations contained in paragraph 2, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

　　　　3.　　Paragraph 3 is admitted.

　　　　4.　　Paragraph 4 is admitted.

5.    Paragraph 5 is admitted.

6.    As to the allegations contained in paragraph 6, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

7.    As to the allegations contained in paragraph 7, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

8.    As to the allegations contained in paragraph 8, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

9.    As to the allegations contained in paragraph 9, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

10.   Paragraph 10 is admitted.

11.   As to the allegations contained in paragraph 11, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

**First Count**

The defendant does not reply to the First Count as it is not directed towards them.

**Second Count**

18. As to the allegations contained in paragraph 18, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

19. As to the allegations contained in paragraph 19, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

20. Paragraph 20 is denied.

21. So much of paragraph 21 as alleges, "At all times mentioned herein, the defendant, LESLIE F. GOSCH, was the servant, agent, employee or volunteer of the defendants, GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORPORATION and/or WORLDWIDE SECURITY ASSOCIATES, INC., and acting within the scope of his authority and/or employment" is admitted. The remaining allegations are denied.

22. As to the allegations contained in paragraph 22, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

23. So much of paragraph 23 as alleges, "As a result of the negligence, carelessness and recklessness of the defendants, GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORPORATION and/or WORLDWIDE SECURITY ASSOCIATES, INC." is denied.  As to the remaining allegations contained in paragraph 23, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

**Third Count**

The defendant does not reply to the Third Count as it is not directed towards them.

**Fourth Count**

The defendants plead to paragraphs 30 and 31 of the Fourth Count as they pled to paragraphs 18 and 19 of the Second Count.

32. As to the allegations contained in paragraph 32, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

33. Paragraph 33 is denied.

34. Paragraph 34 is denied.

35. As to the allegations contained in paragraph 35, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

36. So much of paragraph 36 as alleges, "As the result of the negligence, carelessness and recklessness of the defendant, DELTA AIR LINES, INC." is denied. As to the remaining allegations contained in paragraph 36, the defendants have no knowledge and/or information sufficient to form a belief as to the truth of these allegations and therefore deny the same and leave the plaintiff to her proof thereof.

## AFFIRMATIVE DEFENSES

Any injuries, damages or losses to the plaintiff were the direct and proximate cause of her own negligence or carelessness in that:

a. She failed to keep a reasonable lookout for her surroundings;

b. She failed under the conditions and circumstances existing then to take reasonable precautions for her own safety; and

c. She knew or should have known the dangerous or defective condition if it did exist and, despite its existence, proceeded to act in an unreasonable manner.

THE DEFENDANTS,

**Globe Airport Security Services, Inc., a/k/a
Globe Aviation Services Corp.,
Worldwide Security Associate, Inc. &
Delta Air Lines, Inc. d/b/a Delta Air Lines**

By_____
Erik E. Roberts
Federal Bar No: ct22166
GORDON, MUIR AND FOLEY, LLP

## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing was mailed to the following counsel of record on the 19th day of February, 2004:

Michael S. Hillis, Esq.
DOMBROSKI, KNAPSACK & HILLIS, LLC
205 Whitney Avenue
New Haven, CT  06511

_____
Erik E. Roberts