UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS WILSON,<br>      Plaintiff | : | CIVIL ACTION NO.<br>3:03CV00244 (DJS) |
| VS. | : | |
| LESLIE F. GOSCH; GLOBE AIRPORT SECURITY SERVICES, INC., a/k/a GLOBE AVIATION SERVICES CORP.; WORLDWIDE SECURITY ASSOC., INC.;SARASOTA MANATEE AIRPORT AUTHORITY d/b/a SARASOTA BRADENTON INTERNATIONAL AIRPORT;COUNTY OF SARASOTA; COUNTY OF MANATEE; CITY OF SARASOTA; and DELTA AIR LINES, INC. d/b/a DELTA AIR LINES,<br>      Defendants | : | FEBRUARY 25, 2004 |

## OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT

The defendants Globe Airport Security Services, Inc. a/k/a Globe Aviation Services Corporation; Worldwide Security Associates, Inc.; Delta Air Lines, Inc. d/b/a Delta Air Lines hereby object to the Motion for Default dated February 10, 2004 filed by the plaintiff Lois Wilson against the defendants for their failure to plead. The defendants have now filed their Answer with Affirmative Defense. The defendants have been diligently pursuing their defense of this action. The failure to plead was an oversight which was first brought to the defendants' attention by the plaintiff's Motion for Default dated February 10, 2004. The Affirmative Defense simply pleads contributory

negligence on behalf of the plaintiff. The defense of contributory negligence has been consistent throughout the handling of the defense of this matter. The plaintiff fell in an airport while attempting to board a transportation cart. As a result, the assertion of the Affirmative Defense cannot be a surprise to the plaintiff. It was a subject of discussion at the settlement conference. At no time during the settlement conference or after was it ever suggested by plaintiff's counsel that the claim that the plaintiff was herself negligent was a surprise in any way. As a result, the Motion for Default for Failure to Plead should be denied.

THE DEFENDANTS,

**Globe Airport Security Services, Inc., a/k/a Globe Aviation Services Corp., Worldwide Security Associate, Inc. & Delta Air Lines, Inc. d/b/a Delta Air Lines**

By_____
   Erik E. Roberts
   Federal Bar No: ct22166
   GORDON, MUIR AND FOLEY, LLP

## **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing was mailed to the following counsel of record on the 25th day of February, 2004:

Michael S. Hillis, Esq.
DOMBROSKI, KNAPSACK & HILLIS, LLC
205 Whitney Avenue
New Haven, CT  06511

 

_____
Erik E. Roberts