UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 31  P 2: 19

| | |
|---|---|
| LOIS WILSON | Case No.: 3:03cv00244 (DJS) |
| v. | |
| LESLIE F. GOSCH, et al. | March 29, 2004 |

### REPLY TO DEFENDANTS, GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORP., WORLDWIDE SECURITY ASSOCIATE, INC. and DELTA AIR LINES, INC. d/b/a DELTA AIR LINES' AFFIRMATIVE DEFENSES DATED FEBRUARY 19, 2004

The plaintiff, **LOIS WILSON**, hereby denies the defendants, **GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORP., WORLDWIDE SECURITY ASSOCIATE, INC. and DELTA AIR LINES, INC. d/b/a DELTA AIR LINES'** Affirmative Defenses dated **FEBRUARY 19, 2004**, in their entirety.

THE PLAINTIFF
LOIS WILSON

By: _____
MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096 - phone
(203) 624-1308 - facsimile
Federal Bar No.: ct11867

## CERTIFICATION

I hereby certify that a copy of the foregoing **REPLY TO DEFENDANTS, GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORP., WORLDWIDE SECURITY ASSOCIATE, INC. and DELTA AIR LINES, INC. d/b/a DELTA AIR LINES' AFFIRMATIVE DEFENSES DATED FEBRUARY 19, 2004** has been mailed, first class, postage pre-paid, this **29th** day of **MARCH, 2004**, to the following counsel of record:

**ERIK E. ROBERTS, ESQ.**
**JON S. BERK, ESQ.**
**MELISSA B. GEETTER, ESQ.**
**GORDON, MUIR AND FOLEY, LLP**
Ten Columbus Boulevard
Hartford, Connecticut 06106-1976

_____
**MICHAEL S. HILLIS**