UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS WILSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 3:03CV244 (DJS) |
| LESLIE GOSCH, ET AL | : | |
| Defendants. | : | |
| | : | |

**ORDER**

The court **ORDERS** the following:

    **1.** The pending Motions to Dismiss **[doc. #83]** and Preclude **[doc. #83]** are **DENIED**.

    **2.** The pending Motion for Default Judgment **[doc. #85]** is **DENIED.**

    **3.** The pending Motion to Compel **[doc. #83]** is **GRANTED**. Plaintiff shall designate all trial experts and provide defendants with reports from the retained experts pursuant to F.R.C.P 26 **no later than April 23, 2004**.

    **4.** The pending Motion for Extension of Time **[doc. #84]** is **DENIED**.

    The following will control the pretrial proceedings in this case until further order of this Court.  Discovery, including all discovery relating to expert witnesses will be completed by **July 23, 2004**.  Reports from plaintiff's experts will be due by **April 23, 2004** .  Depositions of the plaintiff's experts shall be completed by **May 24, 2004.**  Reports from defendants' experts shall be completed by **June 23, 2004**.  Depositions of defendants' experts shall be completed by **July 23, 2004** .  Dispositive motions, if any, will be filed by **August 23, 2004**.  A joint trial memorandum shall be filed by **September 23, 2004.**  If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be filed within 30 days of any decision of the court on such dispositive motion.  The filing of dispositive motions shall not stay discovery.  This case shall be trial ready **October, 2004**.

    The parties are hereby notified that failure to comply with this Order shall be grounds for either an immediate dismissal with prejudice or an entry of a default and/or sanctions.

    **IT IS SO ORDERED** at Hartford, Connecticut on this   6th    day of April, 2004.


                                        /s/DJS
                                      **DOMINIC J. SQUATRITO**
                                  **UNITED STATES DISTRICT JUDGE**