UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS WILSON, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV00244 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| LESLIE F. GOSCH;   GLOBE AIRPORT SECURITY SERVICES, INC., a/k/a GLOBE AVIATION SERVICES CORP.; WORLDWIDE SECURITY ASSOC., INC.;  SARASOTA MANATEE AIRPORT AUTHORITY d/b/a SARASOTA BRADENTON INTERNATIONAL AIRPORT;COUNTY OF SARASOTA; COUNTY OF MANATEE;  CITY OF SARASOTA; and DELTA AIR LINES, INC. d/b/a DELTA AIR LINES, | : | |
| | : | JUNE 3, 2004 |
| Defendants | : | |

**MOTION FOR INDEPENDENT MEDICAL EXAMINATION**

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, the Defendants hereby move for a Court order allowing the independent medical examination of the plaintiff, Lois Wilson, in accordance with the specifications listed below.  This is a personal injury action alleging various injuries sustained as a result of the incident.

The defendant specifies the following conditions with regard to the examination:

| | |
|---|---|
| TIME: | June 18, 2004 at 10:30 a.m. |
| PLACE: | 2900 Main Street<br>Stratford, CT 06614 |
| PHYSICIAN: | David B. Brown, M.D. |
| MANNER, SCOPE AND CONDITIONS: | Plaintiff is to bring with her or produce by counsel copies of any x-ray films or MRIs. |

WHEREFORE, it is respectfully requested that the Court enter an Order allowing this independent medical examination.

THE DEFENDANTS,

**Globe Airport Security Services, Inc., a/k/a
Globe Aviation Services Corp.,
Worldwide Security Associate, Inc. &
Delta Air Lines, Inc. d/b/a Delta Air Lines**

By_____
   Erik E. Roberts
   Federal Bar No: ct22166
   GORDON, MUIR AND FOLEY, LLP

## **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing was mailed to the following counsel of record on the 3rd day of June, 2004:

Michael S. Hillis, Esq.
DOMBROSKI, KNAPSACK & HILLIS, LLC
129 Whitney Avenue
New Haven, CT  06510

 

_____
Erik E. Roberts

365703