UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS WILSON, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV00244 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| LESLIE F. GOSCH;   GLOBE AIRPORT | : | |
| SECURITY SERVICES, INC., a/k/a GLOBE | : | |
| AVIATION SERVICES CORP.; WORLDWIDE | : | |
| SECURITY ASSOC., INC.;  SARASOTA | : | |
| MANATEE AIRPORT AUTHORITY d/b/a | : | |
| SARASOTA BRADENTON INTERNATIONAL | : | |
| AIRPORT;COUNTY OF SARASOTA; | : | |
| COUNTY OF MANATEE;  CITY OF | : | |
| SARASOTA; and DELTA AIR LINES, | : | |
| INC. d/b/a DELTA AIR LINES, | : | JUNE 10, 2004 |
| Defendants | : | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER AND/OR OBJECT
TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The Defendants, **Delta Airlines, Inc. d/b/a Delta Air Lines**, and **Globe Airport Security Services, Inc., a/k/a Globe Aviation Services Corp.,** hereby request an enlargement of time, up to and including July 19, 2004, within which to respond and/or file objections to the Plaintiff's first set of Interrogatories and Production dated May 18,

2004 served upon each defendant. Additional time is needed to provide meaningful responses to this discovery.

Plaintiff's counsel does not consent to this enlargement of time.

This is the Defendants <u>first</u> request for an enlargement of time.

                                      THE DEFENDANTS,

                                      **Globe Airport Security Services, Inc., a/k/a**
                                      **Globe Aviation Services Corp.,**
                                      **Worldwide Security Associate, Inc. &**
                                      **Delta Air Lines, Inc. d/b/a Delta Air Lines**

                                    By_____
                                        Erik E. Roberts
                                        Federal Bar No: ct22166
                                        GORDON, MUIR AND FOLEY, LLP

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following counsel of record on the 10th day of June, 2004:

Michael S. Hillis, Esq.
DOMBROSKI, KNAPSACK & HILLIS, LLC
129 Whitney Avenue
New Haven, CT  06510

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Erik E. Roberts

366272