## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS WILSON, | : | CIVIL ACTION NO. |
|       Plaintiff | : | 3:03CV00244  (DJS) |
| | : | |
| VS. | : | |
| | : | |
| LESLIE F. GOSCH;   GLOBE AIRPORT | : | |
| SECURITY SERVICES, INC., a/k/a GLOBE | : | |
| AVIATION SERVICES CORP.; WORLDWIDE | : | |
| SECURITY ASSOC., INC.;  SARASOTA | : | |
| MANATEE AIRPORT AUTHORITY d/b/a | : | |
| SARASOTA BRADENTON INTERNATIONAL | : | |
| AIRPORT;COUNTY OF SARASOTA; | : | |
| COUNTY OF MANATEE;  CITY OF | : | |
| SARASOTA; and DELTA AIR LINES, | : | |
| INC. d/b/a DELTA AIR LINES, | : | JUNE 10, 2004 |
|       Defendants | : | |

### OBJECTIONS OF DEFENDANT, GLOBE AIRPORT SECURITY SERVICES, INC., a/k/a GLOBE AVIATION SERVICES CORP., TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED MAY 18, 2004

The Defendant, **Globe Airport Security Services, Inc., a/k/a Globe Aviation Services Corp.,** hereby objects to Plaintiff's Interrogatories and Requests for Production dated May 18, 2004 because they fail to comply with Rule 33(a) of the Federal Rules of Civil Procedure.  Pursuant to Rule 33(a):

"Without leave of the court or written stipulation, any party may serve upon any other party written interrogatories, not exceeding 25 in number including all discrete subparts…"

The plaintiff served sixty-two (62) interrogatories upon this Defendant without requesting leave from the Court to serve additional interrogatories.

Although there is no limit to the number of requests for production specified in Rule 34, Plaintiff's requests for production Nos. 3-15 refer to interrogatories that are beyond the allowed twenty-five interrogatories.

The Defendant objects specifically to the following requests for production:

2.   A complete copy of Leslie F. Gosch's employment file, including, but not limited to employee handbook, job descriptions, training manual(s), physical examinations and/or medical evaluations(s), etc.

**OBJECTION:** **The Defendant objects to this request for production on the grounds that it is overly board and improperly seeks production of privileged materials, especially with regard to medical records.**

4.   All documents referencing any rules, regulations, orders and/or general procedures identified in Interrogatory number 4.

**OBJECTION:** **The Defendant objects to this request for production on the grounds that it is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.**

WHEREFORE, it is respectfully requested that the Court sustain these Objections.

THE DEFENDANTS,

**Globe Airport Security Services, Inc., a/k/a Globe Aviation Services Corp.,**

By_____
   Erik E. Roberts
   Federal Bar No: ct22166
   GORDON, MUIR AND FOLEY, LLP

## **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing was mailed to the following counsel of record on the 10th day of June, 2004:

Michael S. Hillis, Esq.
DOMBROSKI, KNAPSACK & HILLIS, LLC
129 Whitney Avenue
New Haven, CT  06510

                                                Erik E. Roberts

366325