UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOIS WILSON, | CIVIL ACTION NO. |
| Plaintiff | 3:03CV00244  (DJS) |
| VS. | |
| LESLIE F. GOSCH;   GLOBE AIRPORT SECURITY SERVICES, INC., a/k/a GLOBE AVIATION SERVICES CORP.; WORLDWIDE SECURITY ASSOC., INC.;  SARASOTA MANATEE AIRPORT AUTHORITY d/b/a SARASOTA BRADENTON INTERNATIONAL AIRPORT; COUNTY OF SARASOTA; COUNTY OF MANATEE;  CITY OF SARASOTA; and DELTA AIR LINES, INC. d/b/a DELTA AIR LINES, | |
| Defendants | JUNE 10, 2004 |

**OBJECTIONS OF DEFENDANT, DELTA AIR LINES, INC., d/b/a DELTA AIR LINES, TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED MAY 18, 2004**

The Defendant, **Delta Airlines, Inc. d/b/a Delta Air Lines** hereby objects to Plaintiff's Interrogatories and Requests for Production dated May 18, 2004 because they fail to comply with Rule 33(a) of the Federal Rules of Civil Procedure.  Pursuant to Rule 33(a):

> "Without leave of the court or written stipulation, any party may serve upon any other party written interrogatories, not exceeding 25 in number including all discrete subparts…"

The plaintiff served forty-five (45) interrogatories upon this Defendant without requesting leave from the Court to serve additional interrogatories.

Although there is no limit to the number of requests for production specified in Rule 34, Plaintiff's requests for production Nos. 5-13 refer to interrogatories that are beyond the allowed twenty-five interrogatories.

In addition, the Defendant objects specifically to the following interrogatories:

3. Please identify Delta's supervisor and/or operations manager at the Sarasota Bradenton International Airport at the time of the incident which is the subject of this action.

**OBJECTION:** **The Defendant objects to this interrogatory on the grounds that it is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.**

4. Were any rules, regulations, orders or general procedures with regard to the operation of "pax carts" adopted regarding safety procedures as a result of the incident which is the subject of this action?

**OBJECTION:** **The Defendant objects to this interrogatory on the grounds that it is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.**

The Defendant objects specifically to the following request for production:

2. All documents referencing any rules, regulations, orders and/or general procedures identified in Interrogatory number 4.

**OBJECTION:** **The Defendant objects to this request for production on the grounds that it is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.**

WHEREFORE, it is respectfully requested that the Court sustain these Objections.

THE DEFENDANTS,

**Delta Air Lines, Inc. d/b/a Delta Air Lines**

By_____
 Erik E. Roberts
 Federal Bar No: ct22166
 GORDON, MUIR AND FOLEY, LLP

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following counsel of record on the 10th day of June, 2004:

Michael S. Hillis, Esq.
DOMBROSKI, KNAPSACK & HILLIS, LLC
129 Whitney Avenue
New Haven, CT  06510

                                      Erik E. Roberts

366272