UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LOIS WILSON** <br> Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv244(DJS) |
| **LESLIE F. GOSCH, ET AL** <br> Defendants | : |

**ORDER**

The Motion for Enlargement of Time To Answer and/or Object to Plaintiff's Interrogatories and Requests for Production (Doc. #91) is hereby **GRANTED to and including July 19, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___17th___ day of June, 2004.

　　　　　　　　　　　　　　　　　　　　　/s/DJS_____
　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito, United States District Judge