UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 25 P 1:00

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LOIS WILSON | Case No.: 3:03cv00244 (DJS) |
| v. | |
| LESLIE F. GOSCH, et al. | JUNE 25, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**LOIS WILSON**

__June 25, 2004__
Date

__ct08528__
Federal Bar Number

__(203) 624-9096__
Telephone Number

Signature

__Stan R. Dombroski__
Print Clearly or Type Name

__129 Whitney Avenue__
Address

__New Haven, CT 06510__

## CERTIFICATION

This is to certify that the foregoing **Appearance** was mailed, postage prepaid, this **25th** day of **June, 2004**, to all counsel of record.

**MELISSA B. GEETTER, ESQ.**
**JON S. BERK, ESQ.**
**ERIK E. ROBERTS, ESQ.**
**GORDON, MUIR AND FOLEY, LLP**
Ten Columbus Boulevard
Hartford, Connecticut 06106-1976

_____
STAN R. DOMBROSKI