UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 25  P 1: 00

U.S. DISTRICT COURT
HARTFORD, CT.

LOIS WILSON

v.

LESLIE F. GOSCH, et al.

Case No.: 3:03cv00244 (DJS)

JUNE 25, 2004

## OBJECTION TO DEFENDANTS' MOTION FOR INDEPENDENT MEDICAL EXAMINATION

The plaintiff, **LOIS WILSON,** hereby respectfully objects to the defendants, **GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORPORATION; WORLDWIDE SECURITY ASSOCIATES, INC.; and, DELTA AIR LINES, INC d/b/a DELTA AIR LINES'** Motion for Independent Medical Examination dated June 3, 2004. The plaintiff objects to said Motion as the defendants' expert report, pursuant to the Court's order dated April 6, 2004, was due on June 23, 2004.

RESPECTFULLY SUBMITTED
THE PLAINTIFF
LOIS WILSON

By: _____
STAN R. DOMBROSKI
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct08528

**ORAL ARGUMENT IS REQUESTED**

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **Objection to Defendants' Motion for Independent Medical Examination** was mailed, postage pre-paid, on this **25**[th] day of **June, 2004**, to all counsel and pro se parties of record, as follows:

MELISSA B. GEETTER, ESQ.
JON S. BERK, ESQ.
ERIK E. ROBERTS, ESQ.
GORDON, MUIR AND FOLEY, LLP
Ten Columbus Boulevard
Hartford, Connecticut 06106-1976

_____
STAN R. DOMBROSKI

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOIS WILSON | |
| | Case No.: 3:03cv00244 (DJS) |
| v. | |
| | |
| LESLIE F. GOSCH, et al. | JUNE 25, 2004 |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANTS' MOTION FOR INDEPENDENT MEDICAL EXAMINATION

I.  **FACTS**:

The plaintiff, **LOIS WILSON**, instituted this action against the defendants, **GLOBE AIRPORT SECURITY SERVICES, INC. a/k/a GLOBE AVIATION SERVICES CORPORATION; WORLDWIDE SECURITY ASSOCIATES, INC.; and, DELTA AIR LINES, INC d/b/a DELTA AIR LINES, et al.**, by Complaint dated February 7, 2003. Pursuant to the Court's order dated May 1, 2003, the time period allowing defendants to designate all trial experts and provide opposing counsel with reports from retained experts was October 7, 2003. On October 31, 2003, the plaintiff filed a Motion for Extension of Time, which extended the date by which the defendants had to designate trial experts up to and including March 1, 2004. On February 10, 2004, the plaintiff again filed a Motion for Extension of Time, which defense counsel, Erik Roberts, objected to and which the Court denied, allowing the defendants until April 1, 2004 to designate all experts. On April 4, 2004, the Court ordered new pretrial deadlines which required reports from defendants' experts to be completed by June 23, 2004. To date, no reports have been received by plaintiff's counsel.

## II. ARGUMENT

As the defendants have failed to designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P 26(a)(2) by June 23, 2004, in accordance with the Court's order dated April 6, 2004, and have failed to Motion the Court for an Extension of Time, said Motion for Independent Medical Examination should be denied.

## III. CONCLUSION

Plaintiff respectfully requests this Court to sustain her Objection to Defendants' Motion for Independent Medical Examination.

RESPECTFULLY SUBMITTED
THE PLAINTIFF
**LOIS WILSON**

By: _____
**STAN R. DOMBROSKI**
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct08528

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **Plaintiff's Memorandum in Support of Objection to Defendants' Motion for Independent Medical Examination** was sent, first class mail, postage pre-paid, on this **25th** day of **June, 2004,** to all counsel And pro se parties of record, as follows:

**MELISSA B. GEETTER, ESQ.**
**JON S. BERK, ESQ.**
**ERIK E. ROBERTS, ESQ.**
**GORDON, MUIR AND FOLEY, LLP**
Ten Columbus Boulevard
Hartford, Connecticut 06106-1976

_____
STAN R. DOMBROSKI