UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LOIS WILSON**<br>     **Plaintiff** | **:** | |
| **v.** | **:** | **CIVIL NO.: 3:03cv244(DJS)** |
| **LESLIE F. GOSCH, ET AL**<br>     **Defendants** | **:** | |

### ORDER

The Motion for Independent Medical Examination (Doc. #90) is hereby **GRANTED**. The examination shall take place under the terms specified in the motion at a mutually agreeable time and place, but not later than **July 23, 2004.**

Discovery shall be completed by **August 23, 2004.** Dispositive motions shall be filed by **September 23, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **October 23, 2004.** This case shall be trial ready **November, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __30th__ day of June, 2004.

      /s/DJS_____
     Dominic J. Squatrito, United States District Judge