UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOIS WILSON<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv244(DJS) |
| LESLIE F. GOSCH, ET AL<br>    Defendants | : |

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **October 20, 2004**. If the plaintiff does not move to reopen the case on or before **October 20, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __20th__ day of September, 2004.

                                     /s/DJS
                                  Dominic J. Squatrito, United States District Judge